UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTINE S. McLENDON,

        Plaintiff,

File No. 2:09-CV-206

v.

HON. ROBERT HOLMES BELL

WAL-MART STORES, et al.,

        Defendants.
                                        /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On November 24, 2009, Magistrate Judge Timothy P. Greeley issued a report and recommendation ("R&R") recommending that Plaintiff's pro se complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted. (Dkt. No. 6, R&R.) Plaintiff filed objections to the R&R on December 2, 2009. (Dkt. No. 7, Objs.)

This Court is required to make a de novo determination of those portions of the R&R to which specific objection has been made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough to enable the district court to discern those issues that are dispositive and

contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) (citing *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505, 508-09 (6th Cir. 1991)).

Plaintiff objects generally to the R&R, but she does not specify the issues that are dispositive or contentious. Although she was invited to file an amended complaint, she has not done so. The Court has reviewed the R&R and agrees with its recommended disposition of this case. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 6) is **APPROVED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted.

Dated: April 30, 2010 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE